IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMBPELL,

    Plaintiff,                    No. CIV S-05-1832 DFL GGH P

    vs.

M. PENNER,

    Defendant.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed March 15, 2006, plaintiff was directed to pay the $250.00 filing fee, within twenty days, and was cautioned that failure to comply would result in a recommendation that this action be dismissed. The twenty day period has now expired, and plaintiff has not paid the filing fee.[1]

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

---

[1] On March 23, 2006, plaintiff filed a brief, barely legible document wherein he seeks to bolster his claim into one in which he might avail himself of the "imminent danger of serious physical injury" exception under 28 U.S.C. § 1915(g). However, he continues to allege facts too vague, speculative and otherwise insufficient to qualify for the three-strike exception.

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  6/2/06

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
camp1832.ff